NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUDE TOWNSEND, : | Civil No. 09-6052 (GEB) |
| Plaintiff, : | |
| : | **OPINION AND ORDER** |
| v. : | |
| NJ TRANSIT, : | |
| Defendant. : | |

This matter having come before the Court upon the Complaint submitted by Plaintiff Claude Townsend ("Plaintiff"), in the above captioned matter, and it appearing that:

1. The Clerk will not file the complaint unless the person seeking relief pays the entire applicable filing fee in advance or the person applies for and is granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. *See* Local Civil R. 5.1(f).

2. The filing fee for commencing a civil action in this Court is $350.00. *See* 28 U.S.C. § 1914(a).

3. Plaintiff did not prepay $350.00; rather, he submitted his application to proceed in this matter *in forma pauperis*, pursuant to 28 U.S.C. § 1915 ("Application").

4. In making such an application, a plaintiff must state the facts concerning his or her poverty with some degree of particularity, definiteness or certainty. *United States ex rel. Roberts v. Pennsylvania*, 312 F. Supp. 1, 2 (E.D. Pa. 1969) (finding affiant's application legally insufficient where the application failed to state the facts of affiant's poverty with any degree of particularity, definiteness or certainty) (citing *United States v. Coor*, 213 F. Supp. 955, 956 (D.D.C. 1963), *rev'd*

*on other grounds*, 325 F.2d 1014 (D.C. Cir. 1963); *Jefferson v. United States*, 277 F.2d 723, 725 (9th Cir. 1960)).

     5. In his Application, Plaintiff states that he is currently employed at New Jersey Transit but earns $0.00 per month; that he was receiving disability payments of $100.00 per week but no longer receives these benefits; that he has approximately $0.00 in cash or in a checking or savings account; that he and another individual jointly own a home worth approximately $90,000.00; that he pays $362.00 per week in child support for three children; and that he has a number of other debts or financial obligations, totaling approximately $17,295.00. Plaintiff signed the bottom of the application. He also attached an Affidavit, in which he indicates that he is "out of work from a work-related injury" and is "not receiving any source of money at this time."

     IT IS THEREFORE on this 8th day of January, 2010,

     ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED; and it is further

     ORDERED that the Clerk shall file the Complaint; and it is further

     ORDERED that the Clerk shall serve this Order upon Plaintiff by regular mail; and it is further

     ORDERED that the Clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the Defendants as directed by the plaintiff. All costs of service shall be advanced by the United States.

       s/ Garrett E. Brown, Jr.
     GARRETT E. BROWN, JR., U.S.D.J.